CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 12 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS LEE JONES,<br>Plaintiff, | ) ) ) | Civil Action No. 7:08-cv-00632 |
| v. | ) ) ) | **ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>Defendants. | ) ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to amend is **GRANTED**; the Commonwealth of Virginia is **TERMINATED** as a defendant in this action; D. Jeffrey Oakes; Richard S.B. Pulliam; Kimberly S. White; William Wellons; Joel Cunningham; Michael Shaefer; Charles Harper Crowder, III; Elton Blackstock; Theordore Gilliam; and Mark Murphy are **ADDED** as defendants in this action; the Blue Ridge Regional Jail Authority is **TERMINATED** as a defendant in this action; the complaint is **DISMISSED** for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1); and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 12th day of February, 2009.

/s/ James C. Turk
Senior United States District Judge